IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| YIJIA ZHANG, | : | NO. 12-498 |
| Defendant. | : | |

ORDER

AND NOW, this 16th day of October 2014, upon consideration of Defendant's Motion for Reconsideration and to Reopen Defendant's Motion for Pre-Trial Release and Revocation of Detention Order (Doc. No. 68), the Government's opposition thereto (Doc. No. 70), and the testimony and argument presented at the September 23, 2014 court proceeding, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART. The following conditions of release are imposed:

1. The defendant shall post a bond of Five Hundred Thousand Dollars ($500,000), the entirety to be secured by cash.
2. Upon the payment of bond, the defendant shall be released to the home of Omar Tirado, 740 North 5th Street, Lancaster, PA.
3. The defendant shall not travel outside the Eastern District of Pennsylvania.
4. The defendant shall surrender all passports and visas to Pretrial Services and shall not apply for any passports or other travel documents.
5. The defendant shall be subject to location monitoring via a Global Positioning System device and shall be allowed to leave the home of Mr. Tirado with Pretrial Services authorization for employment, medical, and legal reasons only. Zhang shall pay all costs associated with electronic monitoring.
6. The defendant shall not change residence without prior approval of Pretrial Services.
7. The defendant shall not travel within 100 yards of any places of egress, including airports, shipping ports, interstate train stations, or any foreign embassies or consulates, without the prior approval of Pretrial Services for legal purposes only.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.